UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

ANTTI PORKKA,

    Plaintiff

    v.                                                     Case No.: 3:17-cv-245-J-25JRK

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, *et al.*,

    Defendants
_____

## NOTICE OF WITHDRAWAL OF MOTION FOR CLERK'S ENTRY OF DEFAULT

    COMES NOW, Plaintiff Antti Porkka, by and through the undersigned counsel and withdraws his Motion for Clerk's Entry of Default. [Doc. 40]. Since the filing of the motion, counsel for Defendant Enroll America, Inc., Holly Simpkins of Perkins Coie, has contacted the undersigned and represented that they are in the process of retaining local counsel and intend to move for an extension of time to respond to the Amended Complaint.

    Plaintiff previously having withdrawn the motion for Clerk's entry of default against North Central Florida Health Planning Council, Inc. d/b/a WellFlorida Council, Inc. and Northwest Florida Comprehensive Services for Children, Inc. d/b/a 90Works [Doc. 47], Plaintiff hereby withdraws his motion for the Clerk's entry of default as to all parties.

1

Respectfully submitted,

By: /s/ Charles Landrum
Crystal Broughan
Florida Bar No. 863343
MARKS GRAY, P.A.
Post Office Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
Email: cbroughan@marksgray.com

Charles M. Landrum (admitted *pro hac vice*)
Georgia Bar No.:312056
SNEED PLLC
610 Jetton Street, Suite 120-107
Davidson, North Carolina 28036
Telephone: (844)-763-3347
Email:CLandrum@SneedLegal.com

**ATTORNEYS FOR PLAINTIFF
ANTTI PORKKA**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2017, a true and correct copy of the foregoing has been filed electronically through this Court's CM/ECF system.

/s/ Charles Landrum
Attorney