UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ANTTI PORKKA**,

    Plaintiff,

v.                                     CASE NO.   3:17-cv-245-J-25JRK

**UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES**, *et al.*,

    Defendants.

_____/

### ORDER

Pursuant to Plaintiff's Notices of Dismissal,[1] it is

**ORDERED** that this action is **DISMISSED with prejudice** as to Defendants Enroll America, Inc., d/b/a Covering Tampa Bay; United Way of Brevard County; Northwest Florida Comprehensive Services for Children, Inc., d/b/a 90Works; Primary Care Access Network, Inc.; Broward Regional Health Planning Council, Inc.; Suwannee River Area Health Education Center, Inc.; North Central Florida Health Planning Council, Inc., d/b/a WellFlorida Council, Inc.; Health Planning Council of Northeast Florida, Inc.; Treasure Coast Health Council, Inc., d/b/a Health Council of

---

[1] Dkts. 153, 154, 155, 156, 158, 159, 161, 162, 163, 164, and 165.

Southeast Florida d/b/a Enroll Palm Beach; The Health Planning Council of Southwest Florida, Inc.; and The Health Council of South Florida, Inc.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of February, 2018.

*[signature]*
HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record