# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**ANTTI PORKKA**,

    Plaintiff,

vs.                                      Case No.: **3:17-cv-245-J-25JRK**

**UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, FLORIDA COMMUNITY HEALTH ACTION INFORMATION NETWORK, INC.,** and **THE FAMILY HEALTHCARE FOUNDATION, INC.,**

    Defendants.

_____/

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

Upon consideration of the Joint Motion for Entry of Consent Judgment and Permanent Injunction between Plaintiff Antti Porkka (Plaintiff) and Defendant The Family Healthcare Foundation, Inc. (FHF) (Dkts. 160, 167), and Plaintiff and Defendant Florida Community Health Action Information Network, Inc. (Florida CHAIN) (Dkts. 132, 166), and the agreed upon findings in said motions, the following is

    **ORDERED AND ADJUDGED:**

    1.    The motions are **GRANTED in part.**

2. FHF and Florida CHAIN and their respective officers, agents, servants, employees and such other persons who are in active concert or participation with them shall be, and are hereby, permanently restrained, prohibited and enjoined from infringing, by any means, directly or indirectly, any of Plaintiff's exclusive rights in the "H" Logo.

3. This Court retains jurisdiction of this matter for the sole purpose of enforcing this Permanent Injunction. This Court does not retain jurisdiction to enforce any other provisions of the parties' Confidential Agreement.

4. The Clerk of Court is directed to enter Judgment for Plaintiff and against Defendant The Family Healthcare Foundation, Inc. and Defendant Florida Community Health Action Information Network, Inc., respectively.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of February, 2018.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record